UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE BOUIEADAMS,<br><br>    Plaintiff,<br><br> v.<br><br>YOAKUM, et al.,<br><br>    Defendants. | CV F- 04-5789 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT USM 285 FORMS |

  Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. Based on plaintiff's allegations, it appears that plaintiff states a cognizable claim for violation of his constitutional rights pursuant to the Eighth Amendment.

  Accordingly, IT IS HEREBY ORDERED that:

  1. Service is appropriate for the following defendants:

    S. YOAKUM

    D. DEERING

  2. The Clerk of the Court shall send plaintiff TWO (2) USM-285 forms, TWO (2) summons, an instruction sheet and a copy of the amended complaint filed July 13, 2004.

  3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following

documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. THREE (3) copies of the endorsed amended complaint filed July 13, 2004.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Plaintiff's failure to comply with this order may result in sanctions, including dismissal of this action. Local Rule 11-110.

 IT IS SO ORDERED.

 **Dated:  October 3, 2006**      **/s/ Dennis L. Beck**
3c0hj8               UNITED STATES MAGISTRATE JUDGE